UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:13–cv–08943–MMM–VBK   　　　　DATE:   4/17/2014
Title:   JON CARPENTER V. FAR Y. HUM ET AL

Present: The Honorable  Margaret M. Morrow ,  U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:
　　　　None Appearing　　　　　　　　　　　　None Appearing

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

　　On 4/16/2014, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 4/17/2014.

　　The court deems that response satisfactory, and orders the Order to Show Cause discharged.